UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALSHON C. WILLIAMS,

                 Plaintiff,

-against-

RIKERS ISLAND,

                 Defendant.

24-CV-6020 (LTS)

CIVIL JUDGMENT

For the reasons stated in the September 10, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 10, 2024
          New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                     Chief United States District Judge